BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $2,670.00 IN U.S.<br>CURRENCY,<br><br>APPROXIMATELY $300.00 IN<br>CANADIAN CURRENCY, and<br><br>APPROXIMATELY $100 IN U.S.<br>TRAVELER'S CHECK,<br><br>          Defendants. | 2:09-MC-00099-LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Robert Fox ("Claimant"), by and through their respective attorneys, as follows:

1.  On or about August 18, 2009, Claimant Robert Fox filed a claim in administrative forfeiture proceedings with the U.S. Customs and Border Protection ("CBP") with respect to the Approximately $2,670.00 in U.S. Currency, Approximately $300.00 in Canadian Currency, and the Approximately $100 in U.S. Traveler's check (the "defendant funds"), seized on or about May 16, 2009.

2.   The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimant, has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently November 16, 2009.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 15, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

///

///

///

///

///

///

2       Stipulation and Order Extending Time to File

1  indictment alleging that the defendant funds are subject to

2  forfeiture shall be extended to February 15, 2010.

3  DATED: 11/12/09                    BENJAMIN B. WAGNER
                                      United States Attorney
4

5                                     /s/ Jill M. Thomas
                                      JILL M. THOMAS
6                                     Assistant U.S. Attorney

7

8  DATED: 11/10/09                    /s/ Victor Sherman
                                      VICTOR SHERMAN
9                                     Attorney for Claimant Robert Fox

10                                    (Original signature retained by
                                      attorney)
11

12     **IT IS SO ORDERED.**

13

14  DATED: November 17, 2009.

15

16

17

18  LAWRENCE K. KARLTON
    SENIOR JUDGE
19  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                        3        Stipulation and Order Extending Time to File